IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN BELL, ) | CASE NO. 4:07CV3140 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MEMORANDUM |
| ) | AND ORDER |
| DOUGLAS CO., OMAHA POLICE ) | |
| DEPARTMENT, and KATHERN ) | |
| MARTINBOCK, Detective, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on its own motion. On May 30, 2007, the plaintiff, a prisoner in the custody of the Douglas County Correctional Facility, filed a Complaint accompanied by a request to proceed In Forma Pauperis ("IFP"). (Filing Nos. 1 and 2). This court granted the plaintiff's request to proceed IFP, and ordered the plaintiff to pay an initial partial filing fee of $101.78 by August 10, 2007. (Filing No. 9). Plaintiff was warned that in the absence of payment of the initial partial filing fee by the specified deadline, this case may be subject to dismissal. The August 10, 2007, deadline has now passed and the plaintiff has failed to pay the initial partial filing fee. Therefore, the plaintiff's Complaint and this action are dismissed without prejudice for failure to pay the initial partial filing fee and for noncompliance with a court order.

IT IS ORDERED:

1.   This case is dismissed without prejudice;

2.   The plaintiff remains obligated to pay the full filing fee in accordance with this court's prior order, Filing No. 9; and

3.   A separate Judgment will be entered.

Dated this 20th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge